# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| SAVANNAH COLLEGE OF ART AND DESIGN, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION FILE NO. 1:14-cv-02288-TWT |
| SPORTSWEAR, INC. d/b/a PrepSportswear, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

The COURT having considered Plaintiff Savannah College of Art and Design, Inc.'s Motion to Stay Litigation Pending Appeal ("Motion to Stay") and all associated filings, it is hereby ordered, adjudicated, and decreed that:

1. the Motion to Stay is GRANTED;

2. the Clerk is directed to administratively terminate this action in its entirety pending a resolution of Plaintiff's appeal of this Court's final judgment entered on August 8, 2015; and

3. any party may seek to reopen this action within thirty (30) days of the conclusion of the referenced appeal.

SO ORDERED, this 29th day of September, 2015.

/s/Thomas W. Thrash  
THOMAS W. THRASH,  R.  
U.S. DISTRICT COURT JUDGE, N.D. Ga.